UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUDIO 010, INC. dba EQUADOSE,<br><br>                              Plaintiff,<br><br>   v.<br><br>DIGITAL CASHFLOW LLC dba HEAR CLEARLY; and CHRISTOPHER ACKERMAN,<br><br>                              Defendants. | No. 2:20-cv-01018-RAJ<br><br>STIPULATION<br><br>Motion Noting Date: Today |

The Parties hereby jointly stipulate as follows:

(1) FRCP Rule 4 service of the summons and complaint in this matter was accomplished on Mr. Ackerman as of this date and that no further proof of service of the summons is required;

(2) In order to avoid complications caused by differing deadlines for the related Defendants to respond to the Complaint, Plaintiffs agree that the deadline for response to the Complaint be set for both Defendants at August 24, 2020.

(3) The Parties agree that this stipulation does not waive any arguments or evidence regarding Plaintiff's Motion for Preliminary Injunction.

/// ///

/// ///

**STIPULATION**
7/27/2020 4:05:07 PM EQUA.001



Page 1

SO STIPULATED this July 27, 2020.

| For Plaintiff: | For Defendant: |
|---|---|
| */s/ Kurt M. Rylander*<br>Kurt M. Rylander, WSBA No. 27819<br>Mark E. Beatty, WSBA No. 37076<br><br>RYLANDER & ASSOCIATES PC<br>406 West 12th Street<br>Vancouver, WA 98660<br>Tel: (360) 750-9931; Fax: (360) 397-0473<br>rylander@rylanderlaw.com<br>beatty@rylanderlaw.com<br><br>Attorneys for Plaintiff | */s/ Mark Lawrence Lorbieci*<br>Mark Lawrence Lorbiecki, WSBA # 16796<br>**WILLIAMS, KASTNER & GIBBS PLLC**<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Tel: (206) 628-6600<br>Fax: (206) 628-6611<br>Email: mlorbiecki@williamkastner.com<br><br>James Thomas Wilson (*pro hac vice pending*)<br>**DAVIDSON, BERQUIST, JACKSON & GOWDEY, LLP**<br>8300 Greensboro Drive, Suite 500<br>McLean, VA 22102<br>Tel: (571) 765-7700<br>Email: jwilson@dbjg.com<br><br>Attorneys for Defendants |

