The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUDIO 010, INC. dba EQUADOSE, <br><br> Plaintiff, <br> v. <br><br> DIGITAL CASHFLOW LLC dba HEAR CLEARLY; and CHRISTOPHER ACKERMAN, an individual, <br><br> Defendants. | Civil Action No. 2:20-cv-01018-RAJ <br><br> **STIPULATED ORDER ON MOTION FOR PRELIMINARY INJUNCTION** |

    Plaintiff moved for a Temporary Restraining Order ("TRO") and Preliminary Injunction on July 1, 2020.  Dkt. # 2.  The Court denied the request for a TRO but ordered Defendants to show cause why a preliminary injunction should not issue.  Dkt. # 12.  Defendants filed a response (Dkt. # 15) and Plaintiff filed a reply (Dkt. # 17).  The Court held a status conference with the parties on August 3, 2020, in which Defendants

ORDER - 1

informed Plaintiff that Amazon had stated that it will not take any action pending the resolution of this lawsuit.  The Court then directed the parties to (1) confer on whether a hearing on the Motion for Preliminary Injunction is necessary in light of this new information, and (2) submit a joint statement following their discussions.

Plaintiff and Defendants have entered a stipulation (Dkt. # 28) under which Defendants agree not to enforce U.S. Patent 10,525,191 against Plaintiff's products outside of the current lawsuit until its conclusion.  Defendants are not thereby waiving any claims, counterclaims, or defenses.  Based on Defendants' stipulation and Amazon's statement that it will not take any action pending the resolution of this lawsuit, Plaintiff agrees that the bases for the Motion for Preliminary Injunction are now moot.

Based on these stipulations, the Court **DENIES** Plaintiff's Motion for Preliminary Injunction as moot.

DATED this 6th day of August, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2