The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STUDIO 010, INC. dba EQUADOSE, | Civil Action No. 2:20-cv-01018-RAJ |
| Plaintiff, | **ORDER** |
| v. | |
| DIGITAL CASHFLOW LLC dba HEAR CLEARLY; and CHRISTOPHER ACKERMAN, an individual, | |
| Defendants. | |

The Court held a hearing on March 5, 2021, on Defendants' Attorneys' Motions to Withdraw, Dkt. ## 40, 42. The Court hereby reserves ruling on the motions to withdraw. The Court orders Defendants' motion to dismiss, Dkt. # 31, is stricken without prejudice and may be re-noted. The parties are directed to meet and confer on issues raised in the hearing, including discovery, an amended complaint adding parties or rectifying issues

ORDER - 1

raised, or resolution of the case.  A status hearing is scheduled for March 26, 2021 at 12:15 p.m.  If resolution is reached, parties should file a joint stipulation with the court.

DATED this 5th day of March, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2