UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUDIO 010 INC,<br><br>                    Plaintiff,<br><br>     v.<br><br>DIGITAL CASHFLOW LLC et al.,<br><br>                    Defendant. | CASE NO. 2:20-cv-01018-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge.  (Dkt. No. 79.)  Defendants have not objected to the R&R.

  The Court, having reviewed Report and Recommendation and the remaining record, hereby finds and ORDERS as follows:

  (1) The Court ADOPTS the Report and Recommendation.  (Dkt. No. 79.)

(2) Defendant Christopher Ackerman's motion to dismiss (Dkt. No. 60) is GRANTED as to Defendant's claim of unfair competition under the Lanham Act and DENIED as to all other issues.

(3) Defendant End Racism LLC's motion to dismiss (Dkt. No. 66) is DENIED.

(4) DEFAULT is entered against defendant Digital Cashflow LLC.

(5) The parties are directed to file an updated Joint Status Report within fourteen (14) days of this Order.

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 25th day of April, 2022.

David G. Estudillo
United States District Judge